UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FRANKLIN,<br><br>Defendant. | Case No. CR24-193RSM<br><br>ORDER CONTINUING TRIAL |

The court has considered the unopposed motion by the defendant to continue the trial date and pretrial motions deadline and finds that:

a. taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective presentation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. 3161(h)(7)(B)(iv);

b. a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. 3161(h)(7)(B)(I);

c. the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

ORDER CONTINUING TRIAL - 1

      d. the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. 3161(h)(7)(A);

      e. the additional time requested between the current trial date of December 30, 2024 and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

      f. that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to June 30, 2025, and that the pretrial motions shall be filed no later than May 5, 2025. The defendant shall file his waiver of speedy trial no later than December 3, 2024.

DATED this 15th day of November, 2024.

*(signature)*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL - 2