1

2

3

4                                    Hon. Ricardo S. Martinez

5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                             AT SEATTLE

7   UNITED STATES OF AMERICA,           )
                                        )
8                         Plaintiff,    )  NO. CR 24-193 RSM
                                        )
9             v.                        )  ORDER
                                        )  TO CONTINUE TRIAL DATE AND
10  CHRISTOPHER FRANKLIN,               )  TO EXTEND DATE FOR
                                        )  FILING PRETRIAL MOTIONS
11                        Defendant.    )
    _____)

12
         The court has considered the unopposed motion by the
13
    defendant to continue the trial date and pretrial motions
14
    deadline and finds that:
15
         a. taking into account the exercise of due diligence, a
16
    failure to grant a continuance in this case would deny counsel
17
    for the defendant the reasonable time necessary for effective
18
    presentation due to counsel's need for more time to review the
19
    evidence, consider possible defenses, and gather evidence
20
    material to the defense, as set forth in 18 U.S.C.
21
    3161(h)(7)(B)(iv);
22
         b. a failure to grant such a continuance in this proceeding
23
    would likely result in a miscarriage of justice, as set forth in
24
    18 U.S.C. 3161(h)(7)(B)(I);
25
         c. the additional time requested is a reasonable period of
26
    delay, as the defendant has requested more time to prepare for
27

1  trial, to investigate the matter, to gather evidence material to

2  the defense, and to consider possible defenses;

3      d. the ends of justice will best be served by a continuance,

4  and the ends of justice outweigh the best interests of the public

5  and the defendant in any speedier trial, as set forth in 18

6  U.S.C. 3161(h)(7)(A);

7      e. the additional time requested between the current trial

8  date of June 30, 2025 and the new trial date is necessary to

9  provide counsel for the defendant the reasonable time necessary

10 to prepare for trial, considering counsel's schedule and all of

11 the facts set forth above; and

12     f. that the period of delay from the date of this order to

13 the new trial date is excludable time pursuant to 18 U.S.C.

14 3161(h)(7)(A) and (h)(7)(B)(iv).

15     IT IS THEREFORE ORDERED that the trial date in this matter

16 shall be continued to October 6, 2025, and that the pretrial

17 motions shall be filed no later than August 11, 2025.

18     Dated this  9th  day of May, 2025.

19

20 _____

   RICARDO S. MARTINEZ

   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27 ORDER TO CONTINUE TRIAL-2